**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE GASPEE PROJECT and ILLINOIS OPPORTUNITY PROJECT,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DIANE C. MEDEROS, STEPHEN P. ERICKSON, JENNIFER L. JOHNSON, RICHARD H. PIERCE, DR. ISADORE S. RAMOS, DAVID H. SHOLES, and WILLIAM E. WEST, in their official capacities as members of the Rhode Island State Board of Elections,<br><br>                    Defendants. | C.A. No. 1:19-cv-00609-MSM-LDA |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1:

Plaintiff The Gaspee Project, Inc. discloses that:

1. It is a not-for-profit corporation registered with the State of Rhode Island.

2. It has no parent corporation and has no shareholders or stock.

Plaintiff Illinois Opportunity Project discloses that:

1. It is a not-for-profit corporation registered with the State of Illinois.

2. It has no parent corporation and has no shareholders or stock.

[*Signatures to follow on subsequent page.*]

Respectfully submitted,

/s/ Robert G. Flanders, Jr.
Robert G. Flanders, Jr. (#1785)
Caroline R. Thibeault (#9697)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI 02903
Tel:  (401) 270-4500
Fax: (401) 270-3760
rflanders@whelancorrente.com
cthibeault@whelancorrente.com

*Local counsel for Plaintiffs*

Daniel R. Suhr
(admitted *pro hac vice*)
Brian K. Kelsey
(admitted *pro hac vice*)
Liberty Justice Center
190 S. LaSalle Street, Suite 1500
Chicago, Illinois 60603
Tel: (312) 263-7668
Fax: (312) 263-7702
dsuhr@libertyjusticecenter.org
bkelsey@libertyjusticecenter.org

*Lead counsel for Plaintiffs*

Dated:  December 6, 2019